**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
YVETTE M. HOLMES,

                Plaintiff,           20 **CIVIL** 5864 (RA)(GWG)

        -v-                  **<u>JUDGMENT</u>**

ANDREW SAUL,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated August 6, 2021, that this action be, and hereby is, remanded to the Commissioner of Social Security, including offering the plaintiff the opportunity for a hearing and de novo decision in accordance with the Commissioner's rules and regulations, pursuant to sentence four of 42. U.S.C. 405(g), for further administrative proceedings.

**Dated:**  New York, New York
         August 6, 2021

                                              **RUBY J. KRAJICK**
                                              **Clerk of Court**
                       **BY:**     *K. Mango*
                                                **Deputy Clerk**